No. 89–1002.  WHITE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 89–1012.  FIORELLA ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–1022.  PEPSICO, INC. v. SHARP.  Sup. Ct. Okla.  Certiorari denied.

No. 89–1030.  BROWN v. LEDBETTER, COMMISSIONER, GEORGIA DEPARTMENT OF HUMAN RESOURCES, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–1037.  XEMAS, INC. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 89–1043.  HARRIS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 89–1044.  OCEAN STATE PHYSICIANS HEALTH PLAN, INC., ET AL. v. BLUE CROSS & BLUE SHIELD OF RHODE ISLAND.  C. A. 1st Cir.  Certiorari denied.

No. 89–1049.  DANESE, PERSONAL REPRESENTATIVE OF THE ESTATE OF DANESE, ET AL. v. ASMAN, CHIEF OF POLICE OF THE CITY OF ROSEVILLE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–1112.  WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY v. JOHNSON ET VIR.  C. A. D. C. Cir.  Certiorari denied.

No. 89–1114.  DONALDSON ET AL. v. HOPKINS TOWNSHIP, ILLINOIS, ET AL.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 89–1123.  FLEISCHHAUER ET AL. v. FELTNER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–1130.  RUSSELL v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 8th Cir.  Certiorari denied.